# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| JIANGSU ALCHA ALUMINUM CO. LTD., BAOTOU ALCHA ALUMINUM CO. LTD. AND, ALCHA INTERNATIONAL HOLDINGS LIMITED<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*,<br><br>and<br><br>ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE TRADE ENFORCEMENT WORKING GROUP, *et al.*<br><br>*Defendant-Intervenors*. | Court No. 22-00292 |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss this action and those listed on the attached schedule.

Dated:  April 13, 2023

*/s/ Weronika Bukowski*
Daniel Cannistra
Weronika Bukowski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 624-2902
Fax: (202) 628-5116
Email: dcannistra@crowell.com
Attorneys for Plaintiffs

OF COUNSEL:

JonZachary Forbes
Attorney
Office of the Chief Counsel
for Trade Enforcement and Compliance
U.S. Department of Commerce

*/s/ Emma Eaton Bond*
Emma Eaton Bond
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Fax: (202) 514-8624
E-mail: Emma.E.Bond@usdoj.gov

Attorneys for Defendant United States

*/s/ John M. Herrmann, II*
John M. Herrmann, II
Joshua Rubin Morey
Matthew G. Pereira
Paul Charles Rosenthal
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
Tel: (202) 342-8488
Fax: (202) 342-8451
Email: jherrmann@kelleydrye.com

Attorneys for Defendant-Intervenors

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00292 | Jiangsu Alcha Aluminum Co., Ltd., Baotou Alcha Aluminum Co., Ltd., and Alcha International Holdings Limited |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: April 14, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell

Deputy Clerk